IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 08 35 S |
| | ) | |
| vs. | ) | In violation of 21 U.S.C. |
| | ) | §§ 841(a)(1)and (b)(1)(A) |
| ELVIS A. FORTES | ) | |

FILED
APR 0 9 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about February 12, 2008, in the District of Rhode Island, the Defendant, ELVIS A. FORTES, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Sandra R. Beckner
Assistant U.S. Attorney

Kenneth Madden
OCDETF Chief
Assistant U.S. Attorney

Dated: 4/9/08