IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. ) CR NO. 08-35S
)
ELIVS A. FORTES )

ORDER

On April 15, 2008, this Court conducted an arraignment of the defendant, ELVIS A. FORTES, on the pending charge. At the conclusion of that proceeding, in open court, the defendant, ELVIS A. FORTES, through his attorney, Mr. Kevin Fitzgerald, agreed that the period of time from May 6, 2008 up to and including May 27, 2008, a period of 20 days set aside for the preparation and filing of pretrial motions, should be excluded from the time limits set forth in the Interstate Agreement on Detainers Act, 18 U.S.C. App. 2. Accordingly, this Court finds that for good cause shown, the 20 day period from May 6, 2008 up to and including May 27, 2008 shall be excluded from the time limits set forth in the Interstate Agreement on Detainers Act.[1]

SO ORDERED.

David L. Martin
DAVID L. MARTIN
U.S. Magistrate Judge

DATE: 4-22-08

1 By entering this order, the Court is not indicating that it has definitively determined that the Interstate Agreement on Detainers ("IAD") is applicable to the instant indictment. The Court only holds that to the extent the IAD is applicable, the 20 days are excluded from the time limits set forth in that statute.