# *UNITED STATES DISTRICT COURT*
## *for the*
## *District of Rhode Island*

***Case No. CR 08-35S***

*To:* ***ACI***
***CRANSTON, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **ELVIS FORTES**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **11:00 o'clock a.m.**, on the **15th** day of **April, 2008**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I did bring before the court the [illegible] defendant, on [illegible] time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **David L. Martin**
United States Magistrate Judge at Providence, RI
Dated: April 10, 2008.

David A. DiMarzio, Clerk

***By*** *Martha Saucier - Deputy Clerk*

Arraignment