1481025

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
APR 09 2008
District of Rhode Island

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

ELVIS A. FORTES

**WARRANT FOR ARREST**

CASE NUMBER: CR08-35S

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ELVIS A. FORTES
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE

in violation of Title 21 United States Code, Section(s) 841(a)(1) & (b)(1)(A)

| | |
|---|---|
| JEANNINE NOEL<br>Name of Issuing Officer | DEPUTY CLERK<br>Title of Issuing Officer |
| J. Noel<br>Signature of Issuing Officer | April 9, 2008 - PROVIDENCE, RI<br>Date and Location |

Bail fixed at $ ____________________ by ____________________
Name of Judicial Officer

**RETURN**

at ACI on writ

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 04/09/08 | CJ Wyant<br>SDUSM | [signature] |
| DATE OF ARREST<br>04/15/08 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.