UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 08-0035 S |
| | ) | |
| ELVIS FORTES | ) | |

---

MOTION TO CONTINUE IMPANELMENT AND EXTEND TIME FOR FILING MOTIONS

Now comes Elvis Fortes, the Defendant in the above captioned matter, and moves this Honorable Court to continue the impanelment date and extend time for the filing of pretrial motions in this matter, for a period of 30 days. The closing date for motions is presently May 27, 2008. Mr. Fortes submits the attached memorandum in support of this request.

Respectfully submitted
Elvis Fortes
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Sandra Beckner, Assistant United States Attorney, on May 27, 2008.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 08-0035 S |
| | ) | |
| ELVIS FORTES | ) | |

---

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE IMPANELMENT AND EXTEND TIME FOR FILING MOTIONS

Mr. Fortes has moved this Honorable Court to continue the impanelment date and extend the time for filing pretrial motions in this matter.

The defense asks for this continuance to complete its investigations. The government recently disclosed additional information in discovery pursuant to defense request and Mr. Fortes has filed a motion to compel additional discovery. The information already provided has triggered new areas for investigation necessary to properly defend this case, but the additional information is also essential. This case involves a significant mandatory minimum sentence under the statute. The requested time extension will allow the defense to continue its investigation. Only a complete investigation will allow defense counsel to competently advise Mr. Fortes of the risks and consequences involved in the defense of his case.

The time requested is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8).

Respectfully submitted
Elvis Fortes
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Sandra Beckner, Assistant United States Attorney, on May 27, 2008.

/s/ Kevin J. Fitzgerald