# AFFIDAVIT

**Your Affiant upon oath states that he has reason to believe and does believe that ground for such warrant exist and states the following facts on which such belief is founded on the following affidavit.**

Your Affiant has been a member of the Pawtucket Police Department for approximately eleven years. Your Affiant is currently a Detective assigned to the Pawtucket Police Special Squad Narcotics Unit. Your affiant believes, based upon his knowledge, training and experience that individuals involved in the illegal distribution of large quantities of cocaine will more often than not keep and maintain quantities of contraband in location other than their primary residence. This is done in an effort to prevent detection, apprehension and criminal prosecution by the police.

In November of 2007 members of the Special Squad Unit received information from a reliable confidential informant(CI) regarding the illegal distribution of Cocaine, from #74 Lorraine Street in the City of Pawtucket, Rhode Island. The information revealed that a hispanic black male known as "E" is responsible for the illegal street distribution of Cocaine from #74 Lorraine Street at all hours of the night and day.

During the course of the investigation the hispanic black male known as "E", alias was identified as Elvis Fortes, dob 08-23-84. On or between 11-11-07 and 11-14-07 members of the Pawtucket Police Special Squad met with a confidential informant. The CI was searched with negative results. The CI was then instructed to make contact with Fortes, alias via cell phone number 617-4087. The CI was then provided with Official City of Pawtucket funds. The CI was then instructed by Fortes to respond to the area of Lorraine Street.

The CI purchased a quantity of white rock substance from Fortes in exchange for the Official City of Pawtucket funds. The CI then responded to a pre arranged location and turned over to Det Joseph a quantity of white rock substance. The CI was then searched again and met with negative results. Det Joseph then weighed the evidence and conducted a field test on a representative sample which resulted in a positive reaction for the presence of cocaine.

A records check in Pawtucket Police records indicated Fortes to be living at 120 Atwood Ave 3rd floor in the City of Pawtucket, R.I. On 11-16-07 Fortes was arrested for disorderly conduct and provided police with the address of 120 Atwood Ave 3rd floor, Pawtucket R.I. Your affiant believes, based upon his knowledge and experience that individuals who are involved in dealing narcotics often change location in an effort to avoid detection and prosecution by the police.

Members of the Special Squad learned that Fortes moved within a few days of the patrol division investigating at #74 Lorraine Street. Members of the Special Squad received information from the CI indicating Fortes moved to #35 Vale Street on the third floor. Members of the Special Squad met with a CI and on several occasions purchased a quantity of cocaine from Fortes in exchange for Official City of Pawtucket funds. These purchases were positive for cocaine and made from Fortes

# AFFIDAVIT

while he was living at 35 Vale Street on the 3rd floor. On or between 01-03-08 and 01-09-08 members of the Special Squad believe that Fortes was informed that the police were aware of his new location at #35 Vale Street on the 3rd floor and Fortes moved once again avoiding the police.

On or between 01-10-08 and 01-15-08 members of the Pawtucket Police Special Squad met with a CI. The CI was searched with negative results. The CI was then instructed to make contact with Fortes via cell phone number 617-4087. The CI was then provided with Official City of Pawtucket funds. The CI was then instructed by Fortes to respond to a pre arranged location. Members of the Special Squad then observed Fortes exiting 10 Whipple Street and while under surveillance was observed going to the pre arranged location. The CI purchased a quantity of white rock substance from Fortes in exchange for the Official City of Pawtucket funds. The CI then responded to a pre arranged location and turned over to Det Joseph a quantity of white rock substance. Fortes was then observed returning and entering 10 Whipple Street. The CI was searched again with negative results. Det Joseph weighed the evidence and conducted a field test which resulted in a positive reaction for the presence of cocaine.

Members of the Special Squad were familiar with the address of 10 Whipple Street in the City of Pawtucket, R.I. due to an unrelated on going investigation concerning the distribution of cocaine. This investigation was initiated in August of 2007 when your affiant received information from confidential sources concerning the illegal distribution of large quantities of Cocaine in the City of Pawtucket, R.I. The information received indicated that a male identified as "Nitti" is responsible for the illegal distribution of the Cocaine and that "Nitti" was using a "Stash House",(houses often used to conceal narcotics)to conceal his drug activity from detection by Law Enforcement.

Members of the Pawtucket Police Special Squad were familiar with the nickname "Nitti" as one Frank Delgado, dob [redacted] due to prior narcotics investigations. Members of the Special Squad were aware that Delgado was using 10 Whipple Street in the City of Pawtucket, R.I. as a "Stash House". This information was obtained thru confidential sources and surveillance by members of the Special Squad. During this time members of the Special Squad thru surveillance and confidential sources observed Delgado and Fortes together. It was also learned thru several confidential sources that Fortes and Delgado frequent the same bar, often together. Furthermore, your affiant believes that Delgado and Fortes are friendly due to the fact they were next door neighbors on Atwood Ave in the City of Pawtucket, R.I. A utilities check of 10 Whipple Street, Apt. 2Left, Pawtucket, R.I. shows electric in the name of Frank Delgado, alias.

Your affiant conducted a check of Pawtucket Police Records which revealed an individual identified as Frank Delgado, alias, dob [redacted] to reside at 123 Atwood Ave 1st floor in the City of Pawtucket, R.I. Frank Delgado has a valid Rhode Island drivers license with the 123 Atwood Ave 1st floor in the City of Pawtucket, R.I. On 11-01-07 Frank Delgado, alias 'Nitti" was stopped by uniform patrol division and provided the address of 123 Atwood Ave in the City of Pawtucket, R.I. Delgado also has previous arrest for Possession of Marijuana and Manufacturing/Poss/Deliver Sch I/II.

# AFFIDAVIT

During the course of the investigation surveillance observed Delgado numerous times driving from 123 Atwood Ave, Pawtucket RI to 10 Whipple St., Pawtucket, RI. During the investigation your affiant and members of the Special Squad observed Delgado operating a 2002 Silver Mercury Mountaineer, RI registration 767-656. This vehicle is registered to Francisco L Delgado, alias dob [redacted] out of 123 Atwood Ave, Pawtucket, R.I.

During the course of the investigation members of the Pawtucket Police Uniform patrol division responded to 10-12 Whipple Street to conduct a further investigation. During this investigation officers spoke with several neighbors and informed your affiant that Fortes was staying at #10 Whipple St on the second floor left apartment. Officers learned further that a large dog was inside the apartment at #10 Whipple St, Apt2L. Your affiant was able to confirm thru surveillance that Fortes owns a pit-bull. Fortes was seen walking this dog and also meeting with customers while walking the dog.

On or between 02-07-08 and 02-11-07 members of the Pawtucket Police Special Squad met with the CI. The CI was searched with negative results. The CI was then instructed to make contact with Fortes via cell phone number 663-0927. The CI was then provided with Official City of Pawtucket funds. The CI was then instructed by Fortes to respond to a pre arranged location. Members of the Special Squad then observed Fortes exiting 10 Whipple Street and while under the surveillance was observed going to the pre arranged location. The CI purchased a quantity of white rock substance from Fortes in exchange for the Official City of Pawtucket funds. The CI then responded to a pre arranged location and turned over to Det Joseph a quantity of white rock substance. Fortes was then observed returning to 10 Whipple Street. The CI was searched again with negative results. Det Joseph weighed the evidence and conducted a field test which resulted in a positive reaction for the presence of cocaine.

Your affiant further believes, based upon his knowledge, training and experience as well as the continuous investigation of Fortes that this criminal operation is an ongoing and continuous enterprise. Information provided by this reliable and confidential informant in the past has resulted in seizure of quantities of Cocaine and Marijuana as well as successful apprehension and criminal prosecution of those individuals responsible for their illegal street distribution.

Subscribed and sworn to before me this 11th day of February, 2008 at Providence (City/Town).

Affiant

Judge of District Court