IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR NO. 08-35S |
| | ) | |
| ELVIS A. FORTES | ) | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL

The Court should deny the defendant's motion to compel because the government fulfilled its discovery obligations under Fed. R. Cr. P. 16, Fed. R. Cr. P. 26.2, 18 U.S.C. § 3500, and Brady v. Maryland, 373 U.S. 83 (1963).

On April 10, 2008, the government provided the defendant with the following items of discovery: arrest report; incident report; witness statement of Detective John Joseph; seizure report/inventory; Pawtucket Police Department narratives of Detectives Joseph, Duhamel, Altongy, Slack, and Holmes; photographs; toxicology request; the defendant's criminal history; the search warrant, affidavit, and return of service; criminal information face sheet; laboratory reports; notes; criminal complaint; and, the canine unit report. After receiving a request from the defendant regarding documentation relating to the defendant's prior drug distributions at other addresses mentioned in the affidavit, the government invited the defense counsel to inspect its file. Counsel inspected the government's file and requested copies of various other documents relating to the controlled purchases of crack cocaine from Elvis A. Fortes during the fall of 2007 and additional notes of the case agent.

In its May 21, 2008 response to counsel's request, the government provided the defense counsel with copies of two note papers; two sheets of questions; a search warrant; two pages of notes; 11 laboratory reports relating to controlled purchases of narcotics; six sheets of copied money; a Pawtucket Police Department Specific Query Report; City of Pawtucket Police Department correspondence dated 12/11/2007; City of Pawtucket Police Department fax dated 12/11/2007; Pawtucket Police Division Special Squad Evidence (2 sheets); grand jury transcript testimony of Detective John Joseph dated 4/9/08; and, the grand jury transcript of Emanuel Lima Oliveira dated 4/9/08. The government also responded to the defendant's request for reports relating to the investigation of Elvis Fortes and Frank Delgado by stating that all such reports had already been provided.

Defendant has now filed a motion seeking the discovery of "[a]ll reports, documents, or other tangible items regarding the investigation of Francisco "Nitti" Delgado from August 2007 to the present."

Upon receipt of the defendant's motion, the government asked the case agent to check for any Pawtucket Police Department reports relating to Frank Delgado. Beyond what has already been provided, the only Pawtucket Police report relating to Frank Delgado between January 2007 and the present is a November 2007 field interview report of a traffic stop. During this traffic

stop for failure to obey a sign, Frank Delgado told the officer that his passengers had been smoking marijuana. Delgado was issued a citation for "obedience to a stop sign." Delgado also received a citation on January 4, 2008 for "inspection sticker required." These documents list Frank Delgado's address at 123 Atwood Avenue and do not relate to this case; however, they are available for inspection at the U.S. Attorney's Office upon request.

Based on the foregoing, the government submits that it has complied with its discovery obligations. Should the government learn of additional material responsive to the defendant's request the government will provide such material to the defendant, or in the alternative, submit the material to the Court for an in camera review.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Sandra R. Beckner
SANDRA R. BECKNER
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email sandra.beckner@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2008, a copy of the within "Government's Response to Defendant's Motion to Compel" was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Kevin Fitzgerald
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

/s/ Sandra R. Beckner
SANDRA R. BECKNER
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email sandra.beckner@usdoj.gov