UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 08-0035 S |
| | ) | |
| ELVIS FORTES | ) | |

---

MOTION TO CONTINUE IMPANELMENT AND EXTEND TIME FOR FILING MOTIONS

Now comes Elvis Fortes, the Defendant in the above captioned matter, and moves this Honorable Court to continue the impanelment date and extend time for the filing of pretrial motions in this matter, for a period of 30 days. The case is scheduled for empanelment on August 5, 2008. Mr. Fortes submits the attached memorandum in support of this request.

Respectfully submitted
Elvis Fortes
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Sandra Beckner, Assistant United States Attorney, on July 8, 2008.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 08-0035 S |
| | ) | |
| ELVIS FORTES | ) | |

---

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE IMPANELMENT AND EXTEND TIME FOR FILING MOTIONS

Mr. Fortes has moved this Honorable Court to continue the impanelment date and extend the time for filing pretrial motions in this matter.

The defense asks for this continuance to complete its investigations in preparation for trial. Only a complete investigation will allow defense counsel to competently advise Mr. Fortes of the risks and consequences involved in the defense of his case.

The time requested is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8). Mr. Fortes is no longer serving a State sentence and therefore the terms and conditions of the IAD do not apply.

Respectfully submitted
Elvis Fortes
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Sandra Beckner, Assistant United States Attorney, on July 8, 2008.

/s/ Kevin J. Fitzgerald