IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 08-0035 S |
| | ) | |
| ELVIS FORTES | ) | |

GOVERNMENT'S NOTICE PURSUANT TO FED.R.EVID. 404(b)

Although the government maintains that the following evidence is intrinsic to the charged crime of possession of crack cocaine with intent to distribute, see, e.g., United States v. Capleton, 350 F.2d 231, 244 (1st Cir. 2003) (surveillance showing defendant's association with drug suspects was not prior bad act evidence), the government also believes that the following evidence is admissible pursuant to Fed. R. Evid. 404(b). Accordingly, the government hereby gives notice that it may seek to introduce the following evidence pursuant to Federal Rule of Evidence 404(b) in the trial of United States v. Elvis Fortes:

1. There will be testimonial evidence presented which demonstrates that there was heavy foot traffic at 10 Whipple Street from January 2008, when the defendant moved into an apartment at that address, up until his arrest on February 12, 2008. Detective John Joseph, the case agent, will testify that heavy foot traffic is consistent with narcotics trafficking.

2. There also will be testimonial evidence presented that prior to entering the apartment on February 12, 2008, the officers observed the defendant walking his pit bull

on Whipple Street. When Pawtucket Police Officers Duhamel and Altongy approached the defendant he began walking hurriedly towards 10 Whipple Street. The defendant then stopped, faced the officers and held them at bay with the pit bull. He ignored commands from the officers to secure his dog. When Officer Duhamel moved into position to block the defendant's path into his house, the defendant released his pit bull, saying "Talk to this." Officer Duhamel was subsequently bitten on the right hand before the dog was subdued by the officers and eventually secured to a fence by the defendant. When Animal Control Officers arrived, the defendant stated, "There is another dog inside and it is way meaner than that one." He said that both dogs were his and that his cousin, Emmanuel Oliveira, was inside the apartment with the other pit bull.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
New York Bar
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)
sandra.beckner@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2008, a copy of the within "Government's Notice Pursuant to Fed.R.Evid. 404(b)" was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Kevin Fitzgerald
Assistant Federal Public Defendant
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj