RECEIVED

AUG 07 2008

U.S. DISTRICT COURT
DISTRICT OF R.I.

Dear, honorable judge smith

I'm writeing to you because I have a big problem with the attorney I have. I never been in a situation like this before.

your honor, everytime my attorney comes up to see me which is rarely he keeps telling me to give him some information on somebody I keep explaining to him I have no information to give, at one point he came up with these fraudulence documents stateing that my codefendant has put all the blame on me and I should just copout to a deal. I keep telling him I'm not going to confess to something I dident do nor had a part in.

Your honor, We have no communication with each other he's telling me I have a robbery on my record I have never been arrested for any robbery what so ever in my life. I never know any of my court dates nor do I know whats going on with my case. My attorney is

failing to investagate my case as you can see your honor I'm the only one that in this situation.

your honor I dont feel my attorney is repersenting me right at all his main goal is to force me to sign a deal. so he could move on your honor, I'm fighting for my life so I'm asking you to please consider me a new lawyer.

thank you for your time