UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR 08-35 S |
| | : | |
| ELVIS A. FORTES | : | |

**NOTICE
OF HEARING**

The Court has received a letter from Defendant Elvis A. Fortes ("Defendant") in which he requests that the Court appoint a new lawyer to represent him. See Letter (undated) from Defendant to Smith, J., received 8/7/08. The Defendant's letter has been referred to this Magistrate Judge, and the Court will treat it as a pro se motion for the appointment of new counsel. There will be a hearing on the motion at 12:00 p.m. on Friday, August 15, 2008.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
August 12, 2008