✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

United States of America

V.

Elvis A. Fortes

**EXHIBIT AND WITNESS LIST**

Case Number: CR08-35S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Sandra Beckner | Kevin Fitzgerald |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 8/21/2008 | Anne Clayton | Wendy Geile |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ------ | ------ | 8/21/2008 | -------- | --------- | W-1 John Joseph |
| 1 | | 8/21/2008 | | Full | Copy of Rights Form |
| 2 | | 8/21/2008 | | Full | Arrest Record |
| | A | 8/21/2008 | | Full | Narration of Detective John Joseph |
| | B | 8/21/2008 | | Full | Witness Statement |
| | C | 8/21/2008 | | Full | E-mail (redacted) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.