IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | Cr. No. 08-035S |
| | ) | |
| | ) | |
| ELVIS FORTES | ) | |

GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS

The United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Sandra R. Beckner, Assistant United States Attorney, hereby requests the following voir dire questions in the above-captioned case:

1. Has anyone ever had a problem with drugs, or ever had a family member or close friend that has had a problem with drugs?

2. Has anyone ever been, or is presently a member of an organization that advocates against the legalization of narcotics?

3. Is there anyone who does not believe the government should be able to regulate the sale and use of controlled substances?

4. You will hear testimony from members of law enforcement. Is there anyone

who would have difficulty believing a witness simply because he or she is a member or law enforcement?

5. Has anyone ever been convicted of a crime or had a close family member or friend that has been convicted of a crime?

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj

CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2008, a copy of the within "Government's Proposed Voir Dire" was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Kevin Fitzgerald
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj