IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 08-0035 S |
| | ) | |
| ELVIS FORTES | ) | |

GOVERNMENT'S OBJECTION TO DEFENDANT'S PROPOSED JURY INSTRUCTION

The United States of America, by and through its counsel, Robert C. Corrente, United States Attorney, and Sandra R. Beckner, Assistant United States Attorney, moves to preclude the defendant from advising the jury in any way about the possible penalties faced by the defendant in this case. The government also respectfully requests that the Court caution counsel on the record regarding this issue.

The defendant, in his trial memorandum, requested that the Court advise the jury of the penalty range faced by the defendant. In support of his novel request, the defendant cited one case, United States v. Polizzi, 549 F.Supp.2d 308 (E.D.N.Y. 2008), a district court case without precedential effect in this Court.

The government objects to the jury being advised in any way of the possible penalties in this case. Doing so would be in clear contravention of federal law. See Shannon v. United States, 512 U.S. 573, 579 (1994); United States v. Pabon-Cruz, 391

F.3d 86, 94-95 (2d Cir. 2004); United States v. DiMarzo, 80 F.3d 656, 660 (1st Cir. 1996). In DiMarzo, 80 F.3d at 660, the First Circuit upheld the district court's denial of just such a request. In that case, the defendant also sought to inform the jury of the harsh sentence he would face upon conviction. DiMarzo's request, the First Circuit held:

> would have necessitated an unwarranted departure from the fundamental division of responsibilities between judge and jury. As a general rule, under our criminal justice system, it is the jury's responsibility to determine guilt or innocence on the basis of the facts it has found, whereas the court is responsible, among other things for sentencing a defendant after a guilty verdict. As federal juries perform no sentencing function, "providing jurors sentencing information invites them to ponder matters that are not within their province, distracts them from their factfinding responsibilities, and creates a strong possibility of confusion."

Id. at 660 (quoting Shannon v. United States, 512 U.S. 573, 114 S.Ct. 2419, 2424 (1994)). Similarly, the First Circuit has upheld the district court's ruling limiting cross examination of a cooperating accomplice where such cross examination would inform the jury of the penalties faced by the defendant. See United States v. Alvarez, 987 F.2d 77, 80 (1st Cir. 1993).

Informing the jury of the possible penalties in this case is simply a way to appeal to the jury's emotions rather than allow them to evaluate the evidence in a dispassionate manner. It has no bearing on the issue of his guilt and may encourage jury nullification.

Accordingly, the government requests that the Court deny any request for a jury instruction regarding the penalties in this case, or any other proffer to the jury of the possible penalties. The government also respectfully requests that the Court instruct

counsel on the record not to raise this matter before the jury, either in Opening, Closing, or during the questioning of witnesses.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
New York Bar
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)
sandra.beckner@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2008, a copy of the within "Government's Objection to Defendant's Requested Jury Instruction" was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Kevin Fitzgerald
Assistant Federal Public Defendant
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj