IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | |
| vs. | ) | Cr. No. 08-0035 S |
| | ) | |
| | ) | |
| | ) | |
| ELVIS FORTES | ) | |

GOVERNMENT'S SUPPLEMENTAL RESPONSE TO
DEFENDANT'S THIRD MOTION IN LIMINE

At the hearing held on September 4, 2008, the Court asked the government to provide notice regarding the expected testimony of the surveillance agent who observed the defendant meet with an individual prior to the execution of the search warrant. This testimony was the subject of the defendant's Third Motion in Limine.

The government hereby gives notice that it intends to call Detective David Silva, a nine year veteran with the Pawtucket Police Department. Detective Silva has been assigned to the narcotics unit, known as the Special Squad, for the past three years. Detective Silva was in the surveillance van located on the street perpendicular to Whipple Street, Gerald Street. From the window of the van, he was able to see the defendant walk to the corner of Whipple and the cross street. Somewhere in the vicinity of the corner, Detective Silva observed the defendant meet with another person and engage in a handshake-type of motion. The defendant walked back towards 10 Whipple Street. Detective Joseph observed the defendant walk inside the residence, remain for some period of time, exit, walk back around the corner, and return to

Whipple Street. It appeared to Detective Joseph as though the defendant was starting to walk towards Detective Joseph's position. At that time, he requested the assistance of patrol and the pit bull incident occurred.

Based upon the Court's ruling, the government instructed Detective Silva that he would not be able to testify, based upon his training and experience, as to what this meeting appeared to be.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
New York Bar
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)
sandra.beckner@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2008, a copy of the within "Government's Supplemental Response to Defendant's Third Motion in Limine" was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Kevin Fitzgerald
Assistant Federal Public Defendant
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj