**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. No. 08-0035S** |
| | ) | |
| **ELVIS FORTES** | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO PRODUCE EXCULPATORY INFORMATION**

The government has fulfilled its discovery obligations. The government has allowed the defendant to inspect its entire file, and provided the defense with copies of anything it requested except attorney work product. The government provided Jencks material, including grand jury material, officer narratives, witness statements, and handwritten notes, months in advance of trial. The government provided the defense with the grand jury transcript of one of the cooperating witnesses, Emanuel Oliveira, and advised the defendant that Emanuel Oliveira and Monica Mendes will be testifying under an arrangement with the government. The government also provided the defendant with copies of the case agent's notes relating to 10 Whipple Street and the various other locations in which the defendant lived prior to his move to 10 Whipple. Most recently, although there are no reports or witness statements relating to the interviews, counsel for the government informed the defense of the substance of its recent interviews with Emanuel Oliveira and Monica Mendes. The government contends that it has fully satisfied its obligations under the federal rules, the Jencks Act, and federal case law.

In his motion, the defense also seeks notes of certain witness interviews and correspondence of the government counsel. The government is not in possession of any witness statements or notes authored by Emanuel Oliveira or Monica Mendes. The government has already provided counsel with a copy of the case agent's notes. The government objects to disclosure of attorney notes or correspondence.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT C. CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on September 10, 2008, I electronically filed the Government's Response to the Defendant's Motion to Produce Exculpatory Information and it is available for viewing and downloading from the ECF system.

ECF Notification:

Mr. Kevin Fitzgerald, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
Tel: (401) 528-4281
Edward Roy@fd.org

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj