UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 08-035 S |
| | ) | |
| ELVIS FORTES | ) | |

DEFENDANT'S PROPOSED CAUTIONARY INSTRUCTIONS REGARDING MR. FORTES'S DOG

Now comes Elvis Fortes, the Defendant in the above captioned matter, and presents the following proposal for cautionary instructions.

1. Pawtucket Pit Bull Ordinance

You have heard evidence that Mr. Fortes had a "pit-bull" dog in his possession at the time of his arrest, and a second "pit-bull" in his apartment. Under a Pawtucket City Ordinance it is illegal to possess or keep pit-bull dogs within the City. Should you find that Mr. Fortes did possess a pit bull in violation of this ordinance, you are instructed that you may not use his violation of the ordinance as evidence of guilt that he possessed cocaine base for distribution as charged.

2. Officer Altongy's Dog Bite

You have heard evidence that Mr. Fortes had a pit bull dog on a leash at the time of his arrest, and that the dog subsequently bit Officer Altongy on the hand during the arrest. Should you find that Mr. Fortes is responsible for the dog biting Officer Altongy, you may not use his responsibility as evidence of guilt that he possessed cocaine base for distribution as charged.

Respectfully submitted
Elvis Fortes
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by ECF to Sandra Beckner, Assistant United States Attorney, on September 12, 2008.

/s/ Kevin J. Fitzgerald