UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 08-035 S |
| | ) | |
| ELVIS FORTES | ) | |

MOTION TO STRIKE FOR DISCOVERY VIOLATION

Now comes Elvis Fortes, the Defendant in the above captioned matter, and moves this Court to strike the testimony of Detective Slattery as it contains statements of Mr. Fortes not previously disclosed. Under Rule 16 of the Federal Rules of Criminal Procedure the government is obligated to disclose all statements of the defendant to law enforcement personnel. Mr. Fortes requested discovery in this matter and the parties agreed prior to trial that all aspects of discovery had been complied with.

Respectfully submitted
Elvis Fortes
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by ECF to Sandra Beckner, Assistant United States Attorney, on September 12, 2008.

/s/ Kevin J. Fitzgerald