UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 08-035 S |
| | ) | |
| ELVIS FORTES | ) | |

MOTION TO PASS

Now comes Elvis Fortes, the Defendant in the above captioned matter, and moves this Court to declare a mistrial and pass the case. Det. Slattery testified to highly prejudicial and inculpatory statements of Mr. Fortes which, in violation of the discovery rules, had not been disclosed to counsel previously. Det. Slattery did not write a written report, did not record the conversation with Mr. Fortes, and did not provide a summary of his intended testimony. Det. Joseph's written statement documenting the conversation that they had with Mr. Fortes does not include additional statements now disclosed by Det. Slattery.

The prejudice inflicted by this testimony cannot not be remedied other than by mistrial.

Respectfully submitted
Elvis Fortes
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by ECF to Sandra Beckner, Assistant United States Attorney, on September 12, 2008.

/s/ Kevin J. Fitzgerald