# *UNITED STATES DISTRICT COURT*

***for the***
***District of Rhode Island***

***Case No. CR08-35S***

*To:* ***Warden***
***Cranston, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **Elvis A. Fortes**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **William E. Smith**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **10:00 o'clock a.m.**, on the 4th day of **September, 2008**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I did [illegible] on the date [illegible] the order [illegible]
Deputy U.S. [illegible]

WITNESS the Honorable **William E. Smith**

United States District Judge at Providence, RI
Dated: September 2, 2008.

David A. DiMarzio, Clerk

Motion Hearing

*By* ______________________
*Wendy Geile - Deputy Clerk*